# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 71 MM 2016
:
              Respondent  :
:
:
:
:
        v.  :
:
:
:
RODERICK SIMS,  :
:
              Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of July, 2016, the Application for Relief, the "Motion for Leave to Amend Application for Relief," the "Amended Application for Relief (3a)," and the "Motion for Leave to Amend Application for Relief (2)" are **DENIED**.